IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 1:17-CV-01105-AWI-SKO |
| DAVID J. EDWARDS, CENTRAL CINEMA, LP MARCIA DOERR (Trustee of LAP Trust), and STATE OF CALIFORNIA, FRANCHISE TAX BOARD, | **ORDER GRANTING MOTION TO SERVE DEFENDANT MARCIA DOERR BY PUBLICATION AND TO EXTEND TIME TO SERVE** (Doc. 14) |
| Defendants. | |

Before the Court is a renewed motion (Doc. 14) by Plaintiff United States of America (the "Government") for leave to serve Defend Marcia Doerr by publication and for an extension of time to effect service on Defendant Doerr. The Court finds that the Government has met its burden of exercising reasonable diligence pursuant to Rules 4(e)(1) and 4(m) of the Federal Rules of Civil Procedure and § 415.50 of the California Code of Civil Procedure, and, for good cause shown, the Government's motion to serve Defendant Doerr by publication is **GRANTED**. (*See generally* Doc. 10; *see also* Doc. 14.) Accordingly, it is hereby **ORDERED** that the Government may effect service of the summons and complaint in this action on Defendant Doerr by publication pursuant to § 415.50 of the California Code of Civil Procedure and by posting a copy of the summons and complaint at the gate or door of the real property that is the subject of this litigation.

1

Further, for good cause shown, the Government's request for an extension of time to effect service on Defendant Doerr is **GRANTED**. Accordingly, it is hereby **ORDERED** that the service of process deadline is extended from January 15, 2018, to March 15, 2018.

IT IS SO ORDERED.

Dated: **January 16, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE