IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. ) Case No. 1:17-CV-01105-AWI-SKO
DAVID J. EDWARDS, ) **ORDER EXTENDING TIME TO**
CENTRAL CINEMA, LP ) **FILE MOTION FOR DEFAULT**
MARCIA DOERR (Trustee of LAP Trust), ) **JUDGMENT**
and )
STATE OF CALIFORNIA, )
    FRANCHISE TAX BOARD, )
)
        Defendants. )
_____)

On November 3, 2017, the Clerk of the Court entered default against Defendants Central Cinema, LP, and David J. Edwards. (Doc. 9.) On February 27, 2018, the Court entered an order directing the Government to file its motion for default judgment as to Defendants Central Cinema, LP, and David J. Edwards by no later than March 21, 2018. (Doc. 16.)

Before the Court is the Joint Stipulation between the Government and Defendant State of California, Franchise Tax Board (Doc. 18), requesting an extension of time for the Government to file its motion for default judgment.

Based on the parties' stipulation, and for good cause shown, it is hereby ORDERED that the deadline for the Government to file its motion for default judgment is extended to April 4, 2018. This extension does not alter any other deadlines.

IT IS SO ORDERED.

Dated: __**March 13, 2018**__            /s/ *Sheila K. Oberto*

1

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24