IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:17-CV-01105-AWI-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| **DAVID J. EDWARDS, et al.,** | (Doc. 30.) |
| Defendants. | |

Pursuant to the "Stipulation and Joint Request to Continue Mandatory Scheduling Conference and to Appear Telephonically at Mandatory Scheduling Conference" (Doc. 30) between Plaintiff United States of America and Defendant State of California Franchise Tax Board (collectively, "the Parties"), and for good cause shown, it is hereby **ORDERED** that the Mandatory Scheduling Conference currently set for July 3, 2018, is **CONTINUED** to August 14, 2018, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days prior to the continued Mandatory

1

Scheduling Conference.  It is further **ORDERED** that the parties may appear telephonically at the continued Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **June 26, 2018**                         /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE