IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br> **DAVID J. EDWARDS, et al.,** <br> Defendants. | Case No. 1:17-CV-01105-AWI-SKO <br><br> **ORDER VACATING MANDATORY SCHEDULING CONFERENCE AND SETTING STATUS CONFERENCE** <br><br> (Doc. 38.) |

On June 29, 2018, the Court entered an order of sale with respect to the property that is the subject of the lawsuit (the "Subject Property"). (Doc. 34.) On August 9, 2018, the parties filed a "Joint Request to Vacate Mandatory Scheduling Conference and Status Report," requesting that the Court vacate the Scheduling Conference as moot because "there are no remaining issues to litigate in this action prior to the sale of the Subject Property." (Doc. 38.) The Status Report indicated that, as of the date of filing, the Subject Property had not yet been sold. (*See id*. at 2.)

Accordingly, the Court hereby VACATES the Scheduling Conference set for August 14, 2018, and **SETS a telephonic status conference for October 25, 2018, at 10:15 AM before**

**Magistrate Judge Sheila K. Oberto**.  The Court further ORDERS that by no later than October 18, 2018, the parties shall file a joint status report apprising the Court of the status of this case and, in particular, the sale of the Subject Property.

IT IS SO ORDERED.

Dated:  **August 9, 2018**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE