1
2
3
4
5
6
7                     **UNITED STATES DISTRICT COURT**
8                     **EASTERN DISTRICT OF CALIFORNIA**
9
10   **UNITED STATES OF AMERICA,**          **CASE NO. 1:17-CV-1105 AWI SKO**
11            **Plaintiff**
12            **v.**                         **ORDER ON MOTION TO SUBSTITUTE**
13   **DAVID J. EDWARDS, et al.,**          (Doc. No. 48)
14            **Defendants**
15
16
17        This is tax lien case.  On October 18, 2018, the United States filed a notice of suggestion of
18   death of Defendant David J. Edwards.  <u>See</u> Doc. No. 43.  On November 16, 2018, the United
19   States filed a motion to substitute Margot Bellando as the personal representative of the Estate of
20   David J. Edwards for deceased Defendant David J. Edwards.  <u>See</u> Doc. No. 46.  Following an
21   order by the Court that set a shortened briefing schedule, William Romaine, the counsel for the
22   Estate of David J. Edwards, filed a notice of non-opposition on behalf of the Estate and the
23   Estate's court appointed representative Margot Bellando.
24        In light of the non-opposition, there is no reason apparent for the Court to continue to
25   follow the briefing schedule.  Because there is no opposition to the motion to substitute, the
26   motion will be granted.
27
28

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.  The United States' motion to substitute parties (Doc. No. 46) is GRANTED;

2   Margot Bellando, as the personal representative of the Estate of David J. Edwards, is SUBSTITUTED in place of Defendant David J. Edwards;

3.  The Clerk shall TERMINATE David J. Edwards as a party in this case; and

4.  This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   November 26, 2018   _____

SENIOR  DISTRICT  JUDGE