RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548
Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cv-01105-AWI-SKO |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER STAYING** |
| | ) | **CASE IN LIGHT OF LAPSE OF** |
| v. | ) | **APPROPRIATIONS** |
| | ) | |
| DAVID J. EDWARDS, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States has requested that the Court stay this matter in light of the lapse of appropriations.  Having reviewed the request, and for good cause shown, the Court grants the United States' request.  The above-captioned action is stayed.  The United States will inform the Court as soon as Congress has appropriated funds for the Department.

IT IS SO ORDERED.

Dated:  __January 25, 2019__                    _____

                                        SENIOR  DISTRICT  JUDGE