RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)

McGREGOR W. SCOTT
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cv-01105-AWI-SKO |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST TO STAY ORDER OF SALE (ECF No. 34)** |
| v. | |
| DAVID J. EDWARDS, ET AL., | |
| Defendant. | |

//

//

//

//

//

The United States has requested that the Court stay the Order of Sale entered by the Court on June 28, 2018 (ECF No. 34). Having reviewed the request, and for good cause shown, the Court grants the United States' request. The Order of Sale is stayed until July 31, 2019.

IT IS SO ORDERED.

Dated: __March 14, 2019__  
                                            SENIOR DISTRICT JUDGE