1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   CHRISTIAN MEJIA
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C. 20044
5  202-305-7548 (v)
   202-307-0054 (f)
6
   McGREGOR W. SCOTT
7  United States Attorney
   *Of Counsel*
8
   *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cv-01105-AWI-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER ON UNOPPOSED SECOND REQUEST TO STAY ORDER OF SALE** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID J. EDWARDS, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

//

//

//

//

//

1  The United States has requested that the Court stay the Order of Sale entered by the
Court on June 28, 2018 (ECF No. 34).  Having reviewed the request, and for good cause
shown, the Court grants the United States' request.  The Order of Sale is stayed until
December 31, 2019.

IT IS SO ORDERED.

Dated:   August 27, 2019
                                                    _____
                                                    SENIOR  DISTRICT  JUDGE