RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID J. EDWARDS, ET AL., Defendant(s). | No. 1:17-cv-1105-AWI-SKO **[PROPOSED] ORDER ON UNOPPOSED REQUEST TO LIFT STAY OF ORDER OF SALE** |

The United States has requested that the Court lift its stay of the Order of Sale entered on August 27, 2019 (ECF No. 59), which stayed the Order of Sale entered on June 28, 2018 (ECF No. 34) until December 31, 2019. Having reviewed the request, which is unopposed, and for good cause shown, the Court grants the United States' request. The Order of Sale entered on June 28, 2018 (ECF No. 34) is no longer stayed.

IT IS SO ORDERED.

Dated: __November 5, 2019__         _____
                                     SENIOR DISTRICT JUDGE

Order                                1