RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)

McGREGOR W. SCOTT
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cv-01105-AWI-SKO |
| Plaintiff, | **[PROPOSED] ORDER ON UNPPOSED THIRD REQUEST TO STAY ORDER OF SALE** |
| v. | |
| DAVID J. EDWARDS, ET AL., | |
| Defendant. | |

//

//

//

//

//

1  The United States has requested that the Court stay the Order of Sale entered by the
2  Court on June 28, 2018 (ECF No. 34). Having reviewed the request, and for good cause
3  shown, the Court grants the United States' request. The Order of Sale is stayed until
4  February 10, 2020.

IT IS SO ORDERED.

Dated:  January 17, 2020

SENIOR  DISTRICT  JUDGE