RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. EDWARDS, ET AL., <br><br> Defendant. | Case No. 1:17-cv-1105-AWI-SKO <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE REGARDING THE UNITED STATES' SIXTH CLAIM FOR RELIEF** |

Plaintiff, the United States of America, and Defendant, Margot Bellando as the Personal Representative of the Estate of David J. Edwards, have jointly filed a Stipulation of Dismissal without Prejudice Regarding the United States' Sixth Claim for Relief ("Stipulation").

Pursuant to the Stipulation, the United States' Sixth Claim for Relief is dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses, including any attorney's fees.

IT IS SO ORDERED.

Dated:   March 5, 2020                         /s/ [signature]
                                          SENIOR DISTRICT JUDGE