# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID J. EDWARDS, ET AL.,<br><br>  Defendant. | CASE NO. 1:17-cv-01105-AWI-SKO<br><br>**ORDER TO SHOW CAUSE WHY REMAINDER OF ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE** |

On March 5, 2020, the Court issued a stipulated order dismissing the Sixth Claim for Relief in this action. Doc. No. 65. There has been no docketed activity in this case in the three years since.

Plaintiff United States of America is, therefore, ORDERED to show in writing, **within 10 calendar days of the date of electronic service of this order**, why the remainder of this action should not be dismissed with prejudice for failure to prosecute.

If the United States fails to make that showing, or otherwise provide a meaningful response to this order within the period of time specified above, the remainder of this action will be DISMISSED WITH PREJUDICE and this action will be CLOSED without further notice to the parties. See Henderson v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir. 1986) (affirming dismissal with prejudice for lack of prosecution).

IT IS SO ORDERED.

Dated:   March 6, 2023                                    _____
                                                                      SENIOR DISTRICT JUDGE