DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney,
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-cv-01105-JLT-SKO |
|---|---|
| Plaintiff, | [**PROPOSED**] **DEFICIENCY JUDGMENT** |
| v. | |
| DAVID J. EDWARD, ET AL., | |
| Defendants. | |

The Court has entered a default judgment against Defendant David J. Edwards in the amount of $1,034,795.09, plus all penalties and interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622, from May 31, 2018, until paid in full.  (*See* Docs. 29, 68, 69.) On November 27, 2018, the Court substituted Margot Bellando, as the personal representative of the Estate of David. J. Edwards, for Defendant David J. Edwards. (Doc. 49.)  The United States indicates that it has received several payments from the Estate of David J. Edwards since the Court ordered Judgment in favor of the United States and against Mr. Edwards on June 4, 2018. (*See* Doc. 71 (citing Doc. 29)).  The United States now moves for a deficiency judgment for the remaining judgment amount not satisfied by the payments it has received from the Estate of

1  David J. Edwards.  (*Id.*)  In consideration of this motion, and for good cause shown, the Court
2  hereby GRANTS the United States' Motion for a Deficiency Judgment.
3       The Court hereby further enters a DEFICIENCY JUDGMENT in favor of the United
4  States and against Defendant Margot Bellando, as personal representative of the Estate of David
5  J. Edwards, for unpaid 2005, 2007, 2008, and 2009 federal income taxes in the amount of
6  $439,743.69, plus statutory interest, penalties, and other statutory additions as provided by law
7  accruing after July 3, 2023, until paid in full.

IT IS SO ORDERED.

Dated: **July 17, 2023**

UNITED STATES DISTRICT JUDGE